Office of the Secretary of State Jesse White
CYBERDRIVEILLINOIS.COM

# Corporation/LLC Search/Certificate of Good Standing

## LLC File Detail Report

| | |
|---|---|
| File Number | 09459146 |
| Entity Name | RED PINE PROPERTIES, LLC |
| Status | ACTIVE |

### Entity Information

**Principal Office**
55 W. MONROE ST. STE 910
CHICAGO, IL 606010000

**Entity Type**
LLC

**Type of LLC**
Foreign

**Organization/Admission Date**
Friday, 5 February 2021

**Jurisdiction**
DE

**Duration**
PERPETUAL

### Agent Information

**Name**
TAFT SERVICES SOLUTIONS CORP.

**Address**

Exhibit A

CHICAGO

Change Date
Friday, 5 February 2021

## Annual Report

For Year

Filing Date
00/00/0000

## Managers

Name
Address
NEWLINE FINANCIAL LLC (*)
55 W. MONROE ST. STE 910
CHICAGO, IL 606030000

## Series Name

AUTHORIZED TO ESTABLISH SERIES--NO SERIES CREATED

Return to Search

File Annual Report
Adopting Assumed Name
Articles of Amendment Effecting A Name Change
Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

Office of the Secretary of State Jesse White

CYBERDRIVEILLINOIS.COM

# Corporation/LLC Search/Certificate of Good Standing

## LLC File Detail Report

| File Number | 05024641 |
| --- | --- |
| Entity Name | SWEET HOME CHICAGO MANAGEMENT LLC |
| Status | ACTIVE |

### Entity Information

**Principal Office**
10805 S HALSTED ST
CHICAGO, IL 606280000

**Entity Type**
LLC

**Type of LLC**
Domestic

**Organization/Admission Date**
Wednesday, 5 November 2014

**Jurisdiction**
IL

**Duration**
PERPETUAL

### Agent Information

**Name**
ARI COHEN

**Address**

Exhibit B

Change Date
Wednesday, 4 May 2016

## Annual Report

For Year
2020

Filing Date
Monday, 12 October 2020

## Managers

Name
Address
COHEN, ARI
10805 S HALSTED ST
CHICAGO, IL 606280000

Name
Address
COUNNE, JACOB D.
10805 S HALSTED ST
CHICAGO, IL 606280000

## Series Name

NOT AUTHORIZED TO ESTABLISH SERIES

Return to Search

File Annual Report
Adopting Assumed Name
Articles of Amendment Effecting A Name Change
Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

```
Doc#: 1316446107 Fee: $64.00
RHSP Fee:$9.00 RPRF Fee: $1.00
Affidavit Fee: $2.00
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 06/13/2013 03:27 PM Pg: 1 of 3
```

STATE OF ILLINOIS §

COUNTY OF COOK §

## WARRANTY DEED
(To Child reserving life estate to Parent)

KNOW ALL MEN BY THESE PRESENTS THAT:

FOR VALUABLE CONSIDERATION OF TEN DOLLARS ($10.00), and other good and valuable consideration, cash in hand paid, the receipt and sufficiency of which is hereby acknowledged, MATTIE MAE RANDOLPH DILLARD, an Individual, hereinafter Grantor, do hereby CONVEY AND WARRANT unto Grantor unto SAMELLA DILLARD, biological child of Grantor, an Individual, hereinafter Grantee, the following lands and property, together with all improvements located thereon, situated in the County of Cook, City of Chicago, State of Illinois, to-wit:

Section-Township: 34-38-14    SubDiv-Condo: CHATHAMFR/L/14-25B/2

Lot #: 34    Block #: 17 Part of lots:

Permanent Index Number(s): 20-34-223-008-0000

Property Address: 8129 S Evans Ave, Chicago IL 60619-3903

SUBJECT to Life Estate retained by MATTIE MAE RANDOLPH DILLARD, Grantor. It is the express intention of the Grantor that the ending of one Life Estate shall in no way affect the remaining Life Estate.

SUBJECT to restrictions, reservations, rights of way, easements and covenants of record, reference hereto will not serve to impose same.

The property herein conveyed is part of the homestead of Grantor.

WITNESS Grantor hand this the 23 day of May, 2013.

_Mattie Mae Randolph Dillard_
Grantor Signature

Mattie Mae Randolph Dillard
Print Name

Warranty Deed                                                                 Page 1 of 2

Exhibit C

STATE OF ILLINOIS

COUNTY OF COOK

The foregoing instrument was acknowledged before me this 23 day of May, 2013 by Mattie Mae Randolph Dillard.

*Melda Barker*
Notary Public

[SEAL]

OFFICIAL SEAL
MELDA BARKER
Notary Public - State of Illinois
My Commission Expires Aug 07, 2013

My Commission Expires: 08-07-2013

MELDA BARKER
Print Name

**GRANTOR NAME AND ADDRESS:**
Mattie Mae Randolph Dillard
8129 S Evans Ave
Chicago IL 60619-3903

**GRANTEE NAME AND ADDRESS:**
Samella Dillard
8129 S Evans Ave
Chicago IL 60619-3903

**AFTER RECORDING RETURN TO:**
Mattie Mae Randolph Dillard
8129 S Evans Ave
Chicago IL 60619-3903

Warranty Deed            Page 2 of 2

## STATEMENT BY GRANTOR AND GRANTEE

The **grantor** or his agent affirms that, to the best of his knowledge, the name of the **grantee** shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated May 23, 2013

Signature: X _Mattie Mae Randolph Dillard_
**Grantor or Agent**

Subscribed and sworn to before me
By the said _____
This 23, day of May, 2013
Notary Public _Melda Barker_

OFFICIAL SEAL
MELDA BARKER
Notary Public - State of Illinois
My Commission Expires Aug 07, 2013

The **grantee** or his agent affirms and verifies that the name of the **grantee** shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Date May 23, 2013

Signature: X _Mattie Mae Randolph Dillard_
**Grantee or Agent**

Subscribed and sworn to before me
By the said _____
This 23, day of May, 2013
Notary Public _Melda Barker_

OFFICIAL SEAL
MELDA BARKER
Notary Public - State of Illinois
My Commission Expires Aug 07, 2013

**Note:** Any person who knowingly submits a false statement concerning the identity of a **Grantee** shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attach to **deed** or **ABI** to be recorded in Cook County, Illinois if exempt under provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.)

**TAX DEED – ANNUAL TAX SALE**
**STATE OF ILLINOIS** ) SS
**COUNTY OF COOK** )

No.: 02313 Y

Case Number: 2018COTD007856

Preparer's Information (Name & Address):

Law Offices of Heather Ottenfeld, PC

19 S. LaSalle Street, Ste. 602

Chicago, Illinois 60603



Doc# 2007117038 Fee $88.00

RHSP FEE:$9.00 RPRF FEE: $1.00
EDWARD M. MOODY
COOK COUNTY RECORDER OF DEEDS
DATE: 03/11/2020 11:12 AM PG: 1 OF 4

## TAX DEED PURSUANT TO §35 ILCS 200/22. Tax Deeds and Procedures

At a **PUBLIC SALE OF REAL ESTATE** for the **NON-PAYMENT OF TAXES** held in Cook County on: **June 6, 2016**, the County Collector sold the real property identified by the **Property Identification Number of**: **20-34-223-008-0000**, and the **ATTACHED legal Description, and Commonly Referred to Address of**: **8129 South Evans Avenue**, **Chicago**, Il **60619**. And the real property not having been redeemed from the sale, and it appearing that the holder of the Certificate of Purchase of said real property has complied with the laws of the State of Illinois, necessary to entitle her, him or it, to a Deed of said real property, as found and ordered by the **Circuit Court of Cook County in Case Number:** 2018COTD007856 ;

Furthermore, I, **KAREN A. YARBROUGH**, **County Clerk of the County of Cook, in the State of Illinois**, with an office located at **118 North Clark Street, Room 434**, in Chicago, Illinois 60602, in consideration of the premises and by virtue of the compiled statutes of the **State of Illinois** in such cases provided, grant and convey to the **GRANTEE(S)**: **Red Pine Properties, LLC** which has/have a residence of: **55 West Monroe Street, Suite 910, Chicago, Illinois 60603**, and to his, hers, its or their heirs, successors and assigns **FOREVER**, the above-referenced real estate, as described.

Finally, the following provision of the Compiled Statutes of the State of Illinois, **§35 ILCS 200/22-85**, is recited, as required by law:

"Unless the holder of the certificate purchased at any tax sale under this Code takes out the deed in the time provided by law, and records the same within one year from and after the time for redemption expires, the certificate or deed, and the sale on which it is based, shall, after the expiration of the one year period, be absolutely void with no right to reimbursement. If the holder of the certificate is prevented from obtaining a deed by injunction or order of any court or the refusal or inability of any court to act upon the application for a tax deed, or by the refusal of the clerk to execute the same deed, the time her or she is so prevented shall be excluded from computation of the one year period."

Given under my hand and seal, this **24TH** day of **February**, in the year **2020**,
OFFICIAL SEAL OF COOK COUNTY:

_____ Clerk of Cook County
KAREN A. YARBROUGH, COOK COUNTY CLERK

Exhibit D

# ANNUAL TAX SALE DEED

**KAREN A. YARBROUGH | COUNTY CLERK OF COOK COUNTY, ILLINOIS**

**LEGAL DESCRIPTION FOR PROPERTY (or attach if more space needed):**

SEE ATTACHED LEGAL DESCRIPTION

_____

_____

_____

_____

_____

_____

**TAX DEED NUMBER:**

No. __0 2 3 1 3_____ Y

**MAIL FUTURE TAX BILLS TO:**

Red Pine Properties, LLC
55 West Monroe Street, Suite 910
Chicago, Illinois 60603

**EXEMPTION LANGUAGE:**

The foregoing Tax Deed is issued pursuant to **§35 ILCS 200/21-260(e)**. Collector's Annual Tax Sale is EXEMPT from all Real Estate Transfer Taxes pursuant to the Illinois Real Estate Transfer Tax Law **§35 ILCS 200/31-45, subparagraph F**, and **Cook County Ordinance §93-0-27, paragraph F**. Please sign and date below to attest to this claim on behalf of the submitter of the foregoing conveyance instrument.

| Andrew Welle | [signature] | 3/6/2020 |
|---|---|---|
| Printed Name (Above) | Signature (Above) | Date Signed (Above) |

**PLEASE AFFIX MUNICIPAL TRANSFER TAX STAMPS BELOW AS NECESSARY (OR ATTACH AS A SEPARATE PAGE)**

REAL ESTATE TRANSFER TAX — 11-Mar-2020
CHICAGO: 0.00
CTA: 0.00
TOTAL: 0.00 *
20-34-223-008-0000 | 20200301636756 | 0-921-960-288
* Total does not include any applicable penalty or interest due.

REAL ESTATE TRANSFER TAX — 11-Mar-2020
COUNTY: 0.00
ILLINOIS: 0.00
TOTAL: 0.00
20-34-223-008-0000 | 20200301636756 | 0-718-045-024

# EXHIBIT "A"
Legal Description

For APN/Parcel ID(s): 20-34-223-008-0000

LOT 34 IN BLOCK 17 IN CHATHAM FIELDS A SUBDIVISION OF THE NORTHEAST 1/4 OF SECTION 34, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

COOK COUNTY RECORDER OF DEEDS

COOK COUNTY RECORDER OF DEEDS

COOK COUNTY RECORDER OF DEEDS

COOK COUNTY RECORDER OF DEEDS

This is not a title insurance policy, guarantee or opinion of title and should not be relied upon as such. This search is subject to the Conditions and Stipulations which are hereby incorporated by reference and made a part hereof.

Equity Tract Search
ILD0232.doc / Updated: 08.17.18

Page 3

Printed: 10.16.18 @ 12:45 PM by
---18006759PRO

## GRANTOR/GRANTEE AFFIDAVIT: STATEMENT BY GRANTOR AND GRANTEE
AS REQUIRED BY §55 ILCS 5/3-5020 (from Ch. 34, par. 3-5020)

### GRANTOR SECTION

The **GRANTOR** or her/his agent, affirms that, to the best of her/his knowledge, the name of the **GRANTEE** shown on the deed or assignment of beneficial interest **(ABI)** in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or another entity recognized as a person and authorized to do business or acquire and hold title to real estate under the laws of the State of Illinois.

DATED: 03 / 05 / 20 20          SIGNATURE: _____ GRANTOR or AGENT

**GRANTOR NOTARY SECTION:** The below section is to be completed by the NOTARY who witnesses the GRANTOR signature.

Subscribed and sworn to before me, Name of Notary Public:

By the said (Name of Grantor): Karen A. Yarbrough

On this date of: 5TH / 03 / 2020

NOTARY SIGNATURE: _____

AFFIX NOTARY STAMP BELOW

JOVANNIE R JORDAN
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 21, 2022

### GRANTEE SECTION

The **GRANTEE** or her/his agent affirms and verifies that the name of the **GRANTEE** shown on the deed or assignment of beneficial interest (ABI) in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois or other entity recognized as a person and authorized to do business or acquire and hold title to real estate under the laws of the State of Illinois.

DATED: 03 / 05 / 20 20          SIGNATURE: _____ GRANTEE or AGENT

**GRANTEE NOTARY SECTION:** The below section is to be completed by the NOTARY who witnesses the GRANTEE signature.

Subscribed and sworn to before me, Name of Notary Public: Alyse Shapiro

By the said (Name of Grantee): Jordan Gross

On this date of: 03 / 05 / 2020

NOTARY SIGNATURE: _____

AFFIX NOTARY STAMP BELOW

ALYSE SHAPIRO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
November 16, 2022

### CRIMINAL LIABILITY NOTICE

Pursuant to Section **55 ILCS 5/3-5020(b)(2)**, Any person who knowingly submits a false statement concerning the identity of a **GRANTEE** shall be guilty of a **CLASS C MISDEMEANOR** for the **FIRST OFFENSE**, and of a **CLASS A MISDEMEANOR**, for subsequent offenses.

(Attach to **DEED** or **ABI** to be recorded in Cook County, Illinois if exempt under provisions of the Illinois Real Estate Transfer Act: (35 ILCS 200/Art. 31)

rev. on 10.17.2016

**SPECIAL WARRANTY DEED**

Doc#. 2012003012 Fee: $98.00
Edward M. Moody
Cook County Recorder of Deeds
Date: 04/29/2020 08:46 AM Pg: 1 of 2

Dec ID 20200401663997
ST/CO Stamp 1-206-499-552 ST Tax $70.00 CO Tax $35.00
City Stamp 0-837-777-632   City Tax: $735.00

THIS INDENTURE, made this 19th day of March, between **RED PINE PROPERTIES, LLC**, an Illinois limited liability company, created and existing under and by virtue of the laws of the State of Illinois and duly authorized to transact business in the State of Illinois, party of the first part, and **SWEET HOME CHICAGO MANAGEMENT LLC**, party of the second part;

(GRANTEE'S ADDRESS) 10805 SOUTH HALSTED STREET, CHICAGO, ILLINOIS 60628

WITNESSETH, that the said party of the first part, for and in consideration of the sum of TEN DOLLARS AND NO/100 ($10.00) and other good and valuable consideration in hand paid by the party of the second part, the receipt whereof is hereby acknowledged, and pursuant to authority given by the manager of said company, by these presents does **REMISE, RELEASE, ALIEN AND CONVEY** unto the said party of the second part, and to their heirs and assigns, FOREVER, all the following described land, situated in the County of Cook and State of Illinois known and described as follows, to wit:

LOT 34 IN BLOCK 17 IN CHATHAM FIELDS A SUBDIVISION OF THE NORTHEAST ¼ OF SECTION 34, TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS

SUBJECT TO: covenants, conditions and restrictions of record; public and utility easements and roads and highways; parties in possession; party wall rights and agreements, if any; any building code violations, if any; general taxes for the 2019 and subsequent years;

PROPERTY BEING CONVEYED IN "AS IS" and "WHERE IS" CONDITION

Permanent Index Number(s): 20-34-223-008-0000

Property Address: 8129 SOUTH EVANS AVENUE, CHICAGO, ILLINOIS 60619

Together with all the singular and hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim or demand whatsoever, of the said party of the first part, either in law or equity, of, in and to the above described premises, with the hereditaments and appurtenances: **TO HAVE AND TO HOLD** the said premises as above described, with the appurtenances, unto the said party of the second part, their heirs assigns forever.

And the said party of the first part, for itself and its successors, does covenant, promise and agree, to and with said party of the second part, their heirs and assigns, that it has not done or suffered to be done, anything whereby the said premises hereby granted are, or may be, in any manner encumbered or charged, except as herein recited; and that the said premises, against all persons lawfully claiming , or to claim the same, by, through or under it, it **WILL WARRANT AND FOREVER DEFEND**.

Exhibit E

In Witness Whereof, said party of the first part has caused its corporate seal to be hereunto affixed, and has caused its name to be signed to these presents by its Manager, the day and year first above written.

Red Pine Properties, LLC

By _____
Jordan Gross
Authorized Signatory

STATE OF ILLINOIS, COUNTY OF  Cook  ss.

The undersigned, a Notary Public in and for said County, in the State aforesaid, CERTIFY THAT, Jordan Gross personally known to me to be an Authorized Signatory of Red Pine Properties, LLC, appeared before me this day in person, and acknowledged that as such Authorized Signatory, he signed, sealed and delivered this instrument as his free and voluntary act, and as the free and voluntary act and deed of said company, for the uses and purposes therein set forth.

Given under my hand and notarial seal, this _____ day of _____, _____.

_____
Notary Public

My commission expires on  10/4/20

TERRENCE S ELKIN
Official Seal
Notary Public - State of Illinois
My Commission Expires Oct 4, 2020

This instrument was prepared by Red Pine Properties, LLC, 55 W. Monroe St #910, Chicago, IL 60602

Mail to:

SWEET HOME CHICAGO MANAGEMENT LLC
10805 SOUTH HALSTED STREET
CHICAGO, ILLINOIS 60628

Name and Address of Taxpayer:

SWEET HOME CHICAGO MANAGEMENT LLC
10805 SOUTH HALSTED STREET
CHICAGO, ILLINOIS 60628